UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :

UNITED STATES OF AMERICA     :

                      - v. -                             :    CONSENT PRELIMINARY ORDER
                                                          OF FORFEITURE/
YOHANAN ELIGOOLA,            :    <u>MONEY JUDGMENT</u>

                                                            :    25 Cr. 180 (DEH)
                Defendant.
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about April 16, 2025, YOHANAN ELIGOOLA (the "Defendant"), was charged in an Information, 25 Cr. 180 (DEH) (the "Information"), with conspiracy to acquire, transfer, receive, or possess missile systems designed to destroy aircraft, in violation of Title 18, United States Code, Section 371 (Count One); and money laundering conspiracy, in violation of Title 18, United States Code, Section 1956(h) (Count Two);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(G) and Title 28, United States Code, Section 2461(c), of any and all assets, foreign and domestic, of the Defendant; any and all assets, foreign and domestic, affording the Defendant a source of influence over any entity or organization engaged in planning or perpetrating the offense charged in Count One of the Information; any and all assets, foreign and domestic, acquired or maintained with the intent and for the purpose of supporting, planning, conducting, or concealing the offense charged in Count One of the Information; and any and all assets, foreign and domestic, derived from, involved in, or used or intended to be used to commit the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the total amount of the Defendant's assets;

WHEREAS, the Information included a forfeiture allegation as to Count Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count Two of the Information, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property in the offense charged in Count Two of the Information;

WHEREAS, on or about April 16, 2025, the Defendant pled guilty to Counts One and Two of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Two of the Information and agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $53,000 in United States currency, representing the property involved in the offense charged in Count Two of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $53,000 in United States currency representing the amount of property involved in the offense charged in Count Two of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his co-Conspirator charged in 24 Cr. 383 (MKV), David Eligoola (the "Co-Conspirator") and the forfeiture money judgment entered against the Co-Conspirator in 24 Cr. 383 (MKV); and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count Two of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Matthew Podolsky, Acting United States Attorney, Assistant United

States Attorneys Kevin Mead, Micah F. Fergenson, Kaylan E. Lasky, of counsel, and the Defendant and his counsel, Benjamin Adam Silverman, Esq., that:

1. As a result of the offense charged in Count Two of the Information, to which the Defendant pled guilty, a money judgment in the amount of $53,000 in United States currency (the "Money Judgment"), representing the amount of property involved in the offense charged in Count Two of the Information that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his Co-Conspirator, and the forfeiture money judgment entered against the Co-Conspirator in 24 Cr. 383 (MKV), shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant YOHANAN ELIGOOLA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By: /s/ _____    4/1/2025
    KEVIN MEAD                                                     DATE
    MICAH F. FERGENSON
    KAYLAN E. LASKY
    Assistant United States Attorneys
    26 Federal Plaza
    New York, NY 10278
    (212) 637-2211/2190/2315

YOHANAN ELIGOOLA

By: _____    4/21/25
    YOHANAN ELIGOOLA                          DATE

By: _____    4/21/25
    BENJAMIN ADAM SILVERMAN, ESQ.     DATE
    Attorney for Defendant
    224 W. 30th Street, Suite 302
    New York, NY 10001

SO ORDERED:

_____    4/21/25
HONORABLE DALE E. HO                       DATE
UNITED STATES DISTRICT JUDGE