UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YOHANAN ELIGOOLA,<br><br>Defendant. | 25-CR-180 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Due to an unforeseen scheduling conflict, the sentencing hearing previously scheduled for September 12, 2025, is **RESCHEDULED** for **September 19, 2025**, at **10:30 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: August 21, 2025
New York, New York

_____
DALE E. HO
United States District Judge