UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>YOHANAN ELIGOOLA,<br>                             Defendant. | 25-CR-180 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

During a hearing in this matter held on September 19, 2025, the Court requested a document from the parties, which was subsequently submitted by defense counsel. The document is referenced in Defendant's sentencing submission, ECF No. 41, at 8 n.1. The Court finds that the presumption of public access to this document is overcome for reasons stated on the record during the hearing. *See United States v. Amodeo*, 71 F.3d 1044 (2d Cir. 1995). The Court will treat the document as a confidential court exhibit and will maintain it under seal.

SO ORDERED.

Dated: September 19, 2025
       New York, New York

                                                    DALE E. HO
                                                    United States District Judge